JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| HAYK KAZARYAN, | No. CV 18-09528-DOC (DFM) |
| Petitioner, | JUDGMENT |
| v. | |
| L.J. MILUSNIC, | |
| Respondent. | |

Pursuant to the Order Summarily Dismissing Petition,

IT IS ADJUDGED that this action is dismissed with prejudice.

Dated: January 23, 2019

_____
DAVID O. CARTER
United States District Judge